UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN ZIAS,

    Plaintiff,

v.                                                           Case No. 8:17-cv-1325-T-27AAS

BMW FINANCIAL SERVICES NA, LLC,

    Defendant.
_____/

## ORDER

The Court has been advised that this case has been settled. (Notice of Pending Settlement, Dkt. 17). Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED** *without prejudice* and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** *as moot*. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 5th day of September, 2017.

                                                             JAMES D. WHITTEMORE
                                                             United States District Judge

Copies to: Counsel of record